Douglas A Wain and Elisa Wain
P.O. Box 7473
Westlake Village, CA 91301
Telephone: 859.494.3677
Email: douglaswain@gmail.com

Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In Re:

Douglas A. Wain
Elisa Wain,

      Debtors

Case No. 1:24-bk-11814-MB

**CASE NO. 1:24-BK-11814-MB
DEBTOR'S NOTICE OF MOTION AND
MOTION FOR CONTINUANCE**

PLAN CONFIRMATION HEARING:
REQUEST CONTINUANCE TO
MAY 1, 2025
TIME: 9:30 A.M.

COMES NOW, the Debtors, Douglas A. Wain and Elisa Wain, pursuant to Local Bankruptcy Rule (LBR) 9013-1(m) of the Central District of California Bankruptcy Court and hereby submit this **Motion for Continuance**. The Debtors respectfully request that this Honorable Court continue the Payment Plan Confirmation hearing in this case from **March 6, 2025, to May 1, 2025**.

The basis for this request is set forth in the **Declaration of Douglas A. Wain**, attached hereto.

**DATED:** February 20, 2025.

CASE NO. 1:24-BK-11814-MB             DEBTOR'S NOTICE OF MOTION AND
                                                     MOTION FOR CONTINUANCE

1

Respectfully submitted, February 20, 2025

Douglas A. Wain
Debtor
P. O. Box 7473
Westlake Village, CA 91359
douglaswain@gmail.com
859.494.3677

Elisa Wain
Debtor
P. O. Box 7473
Westlake Village, CA 91359
douglaswain@gmail.com
859.494.3677

CASE NO. 1:24-BK-11814-MB

DEBTOR'S NOTICE OF MOTION AND
MOTION FOR CONTINUANCE

## PROOF OF SERVICE

In Re Douglas A. Wain; Elisa Wain

Case No. 1:24-bk-11814-MB

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

On February 20, 2025, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION FOR CONTINUANCE** the interested parties in this action as follows:

Pursuant to EDB

**BY NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the Pro Se Electronic Drop Box ("EDB") system implemented by the Clerk of the United States Bankruptcy Court for the Central District of California. Participants in the case who are EDB users will be served by the EDB system. Participants in the case who are not registered EDB users will be served by email or U.S.P. S. mail or by other means permitted by the court rules.

Executed on February 20, 2025, in Calabasas, California.

Respectfully submitted, February 20, 2025

Douglas A. Wain
Debtor
P. O. Box 7473
Westlake Village, CA 91359
douglaswain@gmail.com
859.494.3677

CASE NO. 1:24-BK-11814-MB

DEBTOR'S NOTICE OF MOTION AND
MOTION FOR CONTINUANCE

1

## <u>DECLARATION OF DOUGLAS A. WAIN</u>

*** *** *** *** ***

**1.** Personal Information. I am a resident of Los Angeles County, U.S.A. I am of sound mind and fully competent to testify regarding the matters stated herein. I have personal knowledge of the facts set forth in this declaration, and I affirm that they are true and correct.

**2.** Bankruptcy Case Background. My wife and I are the debtors in Chapter 13 Bankruptcy Case No. 1:24-bk-11814-MB, filed on October 30, 2024, in the United States Bankruptcy Court for the Central District of California.

**3.** Request for Continuance. Through this motion, we respectfully request a continuance of our Chapter 13 Payment Plan Confirmation hearing from March 6, 2025, to May 1, 2025.

**4.** Attorney Withdrawal and Need for Legal Representation. On February 7, 2025, this Court issued an order granting our previous attorney's motion to withdraw from representation.

We received official notice of this order via U.S. mail on February 13, 2025.

We are currently without legal representation but intend to secure counsel before the rescheduled May 1, 2025, confirmation hearing.

Legal representation is essential to address issues related to the Proofs of Claim (POC) filed against us in this case.

**5.** Proofs of Claim and Legal Concerns. Two Proofs of Claim have been filed in our case:

- **Central Bank & Trust Co. (CBT), Lexington, Kentucky** – Filed December 20, 2024.
- **Bank of America N.A. (BOAC), Dallas, Texas** – Filed January 6, 2025.

We believe both claims are invalid for the following reasons:

**CBT's POC**: We believe CBT has improperly and possibly illegally pursued us for six years regarding an alleged debt that is not owed. Their POC contains critical omissions that, if included, would reveal the claim to be invalid.

**BOAC's POC**: This claim references a corporate card from approximately 2011, not from 2024. My wife and I have never received any prior contact, notice, or documentation regarding this alleged debt until the POC was filed on January 6, 2025.

**6.** Previous Hearing Continuance and 341(a) Meeting. Our original Chapter Payment Plan Confirmation hearing was scheduled for January 9, 2025. At our 341(a) meeting on December 18, 2024, both CBT and our previous attorney discussed the continuance of the January 9, 2025, hearing.

**7.** Amended Schedules and Supporting Documentation

    a. On February 19, 2025, we filed our Amended Schedules (228

pages total) addressing the U.S. Trustee's objections filed on December 19, 2024.

b. The following supporting documents related to our belief that CBT's POC is invalid are included in the Amended Schedules:

Four letters to the U.S. Trustee Office (December 2024 – January 2025): Pages 23–34.

Letter to U.S.D.C. Magistrate Judge Stinnett (Case No. 523-cv-00139-REW-MAS, dated November 25, 2024): Pages 40–41.

42 U.S.C. Section 1983 filing (U.S.D.C. Case No. 524-cv-00305-GFVT, filed October 28, 2024, 187 pages total): Pages 42–228.

In addition:

Five-page letter to the U.S. Trustee and two creditors explaining the need for this continuance (dated February 18, 2025): Pages 35–39.

8. **Concerns Regarding CBT's Conduct.** We believe CBT has been

engaging in wrongful and potentially illegal harassment regarding a debt they are not owed.

Their POC contains significant omissions that distort the nature of their claim, potentially misleading the Court. These actions not only harm us but also undermine the integrity of the judicial process.

9. Given the necessity of legal representation, the claims against us, and the recent withdrawal of our attorney, we respectfully request that this Court grant a continuance of our Chapter 13 Payment Plan Confirmation hearing to May 1, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on February 20, 2025.

*Douglas A. Wain*
*P. O. Box 7473*
*Westlake Village, CA 91359*
*douglaswain@gmail.com*
*859.494.3677*