| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Douglas A. Wain and Elisa Wain<br>P.O. Box 7473<br>Westlake Village, CA 91359<br>Phone: 859.494.3677<br>douglaswain@gmail.com<br><br><br>☐ Attorney for: | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Douglas A. Wain and Elisa Wain<br>Debtors in Chapter 13 Bankruptcy<br>Case No. 1:24-bk-11814-MB<br>Filed on October 30, 2024<br>United States Bankruptcy Court for the Central District of California. | CASE NO.: 1:24-bk-11814-MB<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 05/01/2025<br>TIME: 11:30 am<br>COURTROOM: 303<br>PLACE: United States Bankruptcy Court<br>      21041 Burbank Boulevard<br>      Woodland Hills, CA 91367 |
| Debtor(s). | |

1. TO *(specify claimant and claimant's counsel, if any)*: Elliot Myers, AV.P., Bank of America, N.A. - $12,434.37
   PO Box 673033, Dallas, Texas, 75267-3033, Phone:. 888.702.1161, card_bankruptcy_poc@bofa.com

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #01.06.25 ) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers:** You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  02/28/2025

Date Notice Mailed:  02/28/2025

Printed name of law firm

_____
Signature

Douglas A. Wain and Elisa Wain
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Douglas A. Wain, PO Box 7473, Westlake Village, CA 91359, Phone: 859.494.3677, douglaswain@gmail.com

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Elizabeth F. Rojas, Chapter 13 Trustee, 15260 Ventura Blvd. Ste. 830, Sherman Oaks, CA 91403-5307, Phone: 818.933.5735, Fax: 818.933.5755, lrojas@ch13wla.com. William E. Ireland, Haight, Brown & Bonesteel, 555 S. Flower Street, 45th Fl., Los Angeles, CA 90071, Phone: 213.542.8000, wireland@hbblaw.com. Elliot Myers, A.V.P., Bank of America, N.A. PO Box 673033, Dallas, Texas, 75267-3033, Phone:. 888.702.1161, card_bankruptcy_poc@bofa.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/28/2025 | Douglas A. Wain | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Douglas A. Wain and Elisa Wain

P.O. Box 7473

Westlake Village, CA 91359

Phone: 859.494.3677

douglaswain@gmail.com

 Debtor(s) appearing without attorney
☐ Attorney for:

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -San Fernando Valley Division**

In re:

Douglas A. Wain and Elisa Wain
Debtors in Chapter 13 Bankruptcy
Case No. 1:24-bk-11814-MB
Filed on October 30, 2024
United States Bankruptcy Court for the Central
District of California.

Debtor(s).

CASE NO.: 1:24-bk-11814-MB

CHAPTER: 13

**ORDER ON OBJECTIONS TO CLAIMS**

DATE: May 1, 2025
TIME: 11:30 am
COURTROOM: 303
PLACE: United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard
Woodland Hills, CA 91367

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(NOTES FOR USE OF THIS FORM: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

Calendar Number:      Claim Number:      Claim Amount: **$12,434.37**

Claimant Name: **Bank of America, N.A. PO Box 673033, Dallas, Texas, 75267-3033, Phone:.888.702.1161, card_bankruptcy_poc@bofa.com**

☒ Disallowed    ☐ Allowed      ☐ Unsecured: $      ☐ Priority: $

Comments:
NOTICE OF OBJECTION TO CLAIM re-filed February 28, 2025

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013          Page 2          F 3007-1.1.ORDER.OBJ.CLAIM

## DECLARATION OF DOUGLAS A. WAIN

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

1. **Personal Information.** I am a resident of Los Angeles County, California. I am of sound mind and fully competent to testify regarding the matters stated herein. I have personal knowledge of the facts set forth in this Declaration, and I affirm that they are true and correct.

2. **Bankruptcy Case Background.** My wife, Elisa Wain, and I are the debtors in Chapter 13 Bankruptcy Case No. 1:24-bk-11814-MB, filed on October 30, 2024, in the United States Bankruptcy Court for the Central District of California.

3. **Request for Disallowance.** Based on the grounds set forth in this Declaration and its Exhibits, I respectfully request that this Court disallow Bank of America N.A. (BOA), Creditor (42286203), Proof of Claim filed January 6, 2025, for an alleged $12,434.37.

4. **Wrong Debtor.** In BOA's Official Form 210 Proof of Claim (POC), it alleges that this debt is from a "Business Lending Credit Card." One of the four additional documents BOA included with their claim is labeled as a statement of this alleged debt. This "Statement" also identifies it as a "Business Card" and states that the debtor is "Douglas Safety Corp."

Douglas A. Wain and Elisa Wain are not Douglas Safety Corporation. Douglas Safety Corporation was a completely separate legal entity, a U.S.

Page 1 of 5

Corporation with EIN #61-1285752, whose address was P.O. Box 11037, Lexington, Kentucky 40512. Douglas Safety Corporation ceased operations in 2011.

If this is a valid claim against Douglas Safety Corporation, my wife and I are not personally responsible for this alleged corporate debt. This was not a personal credit card of either Douglas A. Wain or Elisa Wain. Furthermore, in 2025, we have no way to verify BOA's alleged claim against Douglas Safety Corporation from 2011, either regarding its validity or the alleged amount.

5. No Personal Guarantee. BOA did not provide any documentation in their POC demonstrating that either Douglas A. Wain or Elisa Wain personally guaranteed this alleged debt. BOA has not even claimed in their POC that we personally guaranteed this alleged debt.

We never received any contact personally from BOA or from anyone else regarding this alleged debt between 2011 and 2025. We never received any documents, reports, mail, or any other communication regarding this alleged debt. If we had personally guaranteed this alleged debt, which we have no recollection of doing, we would undoubtedly have heard from BOA between 2011 and 2025. The first time we learned about this alleged debt was on January 6, 2025, when BOA filed their POC.

6. Time-Barred Claim. This alleged debt from a "Business Lending Credit Card" under Douglas Safety Corporation, like most credit cards, was an

open-ended account. Even if we had personally guaranteed this alleged debt

(which BOA has not claimed), the statute of limitations for credit card debt in

Kentucky is five years according to Kentucky Revised Statutes (KRS) 413.120 –

Actions to be brought within five years (Exhibit A).

Therefore, even if this alleged debt was personally guaranteed, the

statute of limitations would have time-barred this claim beginning sometime in

2016.

This interpretation is supported by established legal precedent:

- A federal district court in the U.S. District Court for the Eastern District of

  Kentucky strongly indicated that credit card debt falls under a five-year

  statute of limitations in Kentucky (Conway v. Portfolio Recovery Assocs.,

  LLC).

- The court referenced Kentucky Revised Statutes (KRS) 413.120, which sets

  a five-year limitation for actions upon contracts not in writing, express or

  implied.

- Credit card agreements, including corporate credit cards, are typically

  considered open-ended accounts, which fall under the five-year statute of

  limitations in Kentucky.

- This interpretation is further supported by the Kentucky Supreme Court's

  decision in Abel v. Austin, 411 S.W.3d 728 (Ky. 2013), which adopted the

  general rule for open-ended accounts.

7. **Insufficient Documentation.** BOA's POC filed on January 6, 2025, consisted of eight pages (Exhibit B). The first four pages were POC Form 410. Of the remaining four pages:

- One was a blank form

- One was a mailing address sheet

- One is a single-line statement of this alleged debt by Douglas Safety Corporation dated 2024, which is inconsistent since Douglas Safety Corporation closed in 2011

   BOA failed to provide essential documentation to support their claim, including:

- Contracts or agreements establishing the debt

- Account activity showing transaction history

- Documents bearing either of our signatures

- Evidence of personal liability

- Proof of the validity or amount of the debt

   BOA has provided no independent or verifiable evidence in its eight-page POC to dispute anything stated in this Declaration. On most issues, BOA provided no evidence whatsoever.

8. Based on the foregoing, I respectfully request that this Court disallow Bank of America N.A.'s Proof of Claim, Creditor (42286203) filed

January 6, 2025, for $12,434.37.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on February 24, 2025.

Douglas A. Wain
P. O. Box 7473
Westlake Village, CA 91359
douglaswain@gmail.com
859.494.3677

**413.120  Actions to be brought within five years.**

The following actions shall be commenced within five (5) years after the cause of action accrued:

(1)   An action upon a contract not in writing, express or implied.

(2)   An action upon a liability created by statute, when no other time is fixed by the statute creating the liability.

(3)   An action for a penalty or forfeiture when no time is fixed by the statute prescribing it.

(4)   An action for trespass on real or personal property.

(5)   An action for the profits of or damages for withholding real or personal property.

(6)   An action for an injury to the rights of the plaintiff, not arising on contract and not otherwise enumerated.

(7)   An action upon a bill of exchange, check, draft or order, or any endorsement thereof, or upon a promissory note, placed upon the footing of a bill of exchange.

(8)   An action to enforce the liability of a steamboat or other vessel.

(9)   An action upon a merchant's account for goods sold and delivered, or any article charged in such store account.

(10)  An action upon an account concerning the trade of merchandise, between merchant and merchant or their agents.

(11)  An action for relief or damages on the ground of fraud or mistake.

(12)  An action to enforce the liability of bail.

(13)  An action for personal injuries suffered by any person against the builder of a home or other improvements. This cause of action shall be deemed to accrue at the time of original occupancy of the improvements which the builder caused to be erected.

**Effective:** June 24, 2015

**History:**  Amended 2015 Ky. Acts ch. 121, sec. 3, effective June 24, 2015. -- Amended 1998 Ky. Acts ch. 196, sec. 25, effective July 15, 1998. -- Amended 1988 Ky. Acts ch. 224, sec. 6, effective July 15, 1988. -- Amended 1964 Ky. Acts ch. 124, sec. 1. -- Recodified 1942 Ky. Acts ch. 208, sec. 1, effective October 1, 1942, from Ky. Stat. sec. 2515, 2518.

**Fill in this information to identify the case:**

Debtor 1    Douglas Alan Wain

Debtor 2    Elisa Wain
(Spouse, if filing)

U.S. BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Case number   24-11814

## Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | |
|---|---|
| 1.  Who is the current creditor? | Bank of America, N.A. <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2.  Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes.  From whom? |

3.  Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Bank of America, N.A. <br> Name | Bank of America, N.A. <br> Name |
| PO Box 673033 <br> Number    Street | PO Box 15102 <br> Number    Street |
| Dallas, TX 75267-3033 <br> City    State    ZIP Code | Wilmington, DE 19886-5102 <br> City    State    ZIP Code |
| Contact phone 888-702-1161 | Contact phone 888-702-1161 |
| Contact email card_bankruptcy_poc@bofa.com | Contact email card_bankruptcy_poc@bofa.com |

Uniform claim identifier (if you use one):

| | |
|---|---|
| 4.  Does this claim amend one already filed? | ☒ No <br> ☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ___/___/___ <br> MM / DD / YYYY |
| 5.  Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes.  Who made the earlier filing? |



Official Form 410                              Proof of Claim                              page 1

2397123128

**Part 2:   Give Information About the Claim as of the Date the Case Was Filed**

6   Do you have any number you use to identify the debtor?

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  2  0  7  5

7   How much is the claim?   $_____ 12 434 37   Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8   What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Business Lending Credit Card_

9   Is all or part of the claim secured?

☒ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a _Mortgage Proof of Claim Attachment_ (Official Form 410-A) with this _Proof of Claim_.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property                                    $_____

Amount of the claim that is secured:         $_____

Amount of the claim that is unsecured:   $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

10   Is this claim based on a lease?

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11   Is this claim subject to a right of setoff?

☒ No

☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

■ No

☐ Yes. Check one

Amount entitled to priority

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

$_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.

$_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box.

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   01/06/2025
                   MM / DD / YYYY

/S/ Elliott Myers
Signature

Print the name of the person who is completing and signing this claim:

Name            Elliott Myers
                First name          Middle name          Last name

Title           Assistant Vice President

Company         Bank of America, N.A.
                Identify the corporate servicer as the company if the authorized agent is a servicer

Address         PO Box 673033
                Number       Street

                Dallas, TX 75267-3033
                City                        State        ZIP Code

Contact phone   888 702 1161            Email  card_bankruptcy_POC@bofa.com



Official Form 410                           Proof of Claim                              page 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

111 Anza Blvd, Suite 310
Burlingame, CA 94010

A true and correct copy of the foregoing document entitled (specify): **Proof of Claim**

Douglas Alan Wain                          Case No: 24-11814

Elisa  Wain                                Chapter:  13

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 01/07/2025 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor's Attorney:                          | Trustee:                        |
|---------------------------------------------|---------------------------------|
| Douglas Alan Wain                           | ELIZABETH F ROJAS               |
| PO 7473                                      | 15260 Ventura Blvd Ste 830      |
| WESTLAKE, CA 91359                          | Sherman Oaks, CA                |
|                                             | 91403-5367                      |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)** Pursuant to F R Civ P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/06/2025 | Larry Yip      | /s/ Larry Yip |
|------------|----------------|---------------|
| Date       | Printed Name   | Signature     |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012

**F 9013-3.1.PROOF.SERVICE**

**BANK OF AMERICA**

DOUGLAS SAFETY CORP
2075
September 08, 2024 - October 07, 2024

Company Statement

**WorldPoints**

**Account Information:**
www.bankofamerica.com

**Mail Billing Inquiries to:**
BANK OF AMERICA
PO BOX 860441
DALLAS, TX 75266-0441

**Mail Payments to:**
BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886-5796

**Customer Service:**
1 800 673 1044, 24 Hours

**Outside the U.S.:**
1 509 353 6656, 24 Hours

**For Lost or Stolen Card:**
1 800 673 1044, 24 Hours

**Business Offers:**
www.bankofamerica.com/mybusinesscenter

### Payment Information

| | |
|---|---|
| New Balance Total | $13,418.12 |
| Past Due Amount | $13,418.12 |
| Minimum Payment Due | $13,418.12 |
| Payment Due Date | 11/03/24 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

### Account Summary

| | |
|---|---|
| Previous Balance | $13,418.12 |
| Payments and Other Credits | $0.00 |
| Balance Transfer Activity | $0.00 |
| Cash Advance Activity | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Finance Charge | $0.00 |
| New Balance Total | $13,418.12 |
| | |
| Credit Limit | $0 |
| Credit Available | $0.00 |
| Statement Closing Date | 10/07/24 |
| Days in Billing Cycle | 30 |

### Finance Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Finance Charges by Transaction Type |
|---|---|---|---|
| PURCHASES | 0.00% | $0.00 | $0.00 |
| CASH | 0.00% | $0.00 | $0.00 |

V = Variable Rate (rate may vary), Promotional Balance = APR for limited time on specified transactions.

### Important Messages

Your account balance is over the credit limit. Please contact us at the number on this statement to make a payment and bring the account balance below the credit limit.

---

2075

BUSINESS CARD
PO BOX 15796
WILMINGTON DE 19886-5796

DOUGLAS SAFETY CORP
2711 BARBADOS LN
LEXINGTON, KY 40509-9508

Account Number 2075
September 08, 2024 - October 07, 2024

| | |
|---|---|
| New Balance Total | $13,418.12 |
| Minimum Payment Due | $13,418.12 |
| Payment Due Date | 11/03/24 |

**Enter payment amount**

$ _____

For change of address/phone number, see reverse side.

Mail this coupon along with your check payable to
BUSINESS CARD,
or make your payment online at
www.bankofamerica.com



This is an electronic reproduction of your statement and may not contain all of the disclosures included with your original statement.

CUSTOMER STATEMENT OF DISPUTED ITEM (You must use a separate form for each dispute. Please print.)

If you believe a transaction on your statement is an error, complete and sign a copy of this form using blue or black ink, or write a detailed letter on a separate sheet of paper. Then return it to: PO BOX 53101, PHOENIX, AZ 86072-3101 no later than 60 days after we sent you the first bill on which the transaction or error appeared. If you prefer to speak with a representative about your dispute, please call 1.866.601.4410, 8am-8pm Est. You do not have to pay any amount in question while we are investigating, but you are obligated to pay the parts of your bill that are not in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM OR MAIL YOUR LETTER WITH YOUR PAYMENT. Provide copies of all documentation that will help us investigate your dispute (e.g. contracts, invoices, detailed letter, sales slips, return receipts, or second opinions).

Your Name: _____    Account Number: _____
Posting Date: _____ Transaction Date _____    Reference Number: _____
Amount: _____ Disputed Amount _____    Merchant Name: _____

Below tell us why you think the item noted above is in error. Check one box only.

☐ 1. I certify that I do not recognize the transaction. I have attempted to contact the merchant to verify this transaction.
☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or authorized by me.
☐ 3. Although I did engage in a transaction with this merchant, I was billed for _____ transaction(s) totaling $ _____ that I did not engage in. I have my card in my possession. If available, enclose a copy of the sales slip for the valid charge.
☐ 4. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.
☐ 5. Merchandise shipped to me was not as described. Please explain in detail and if applicable provide proof of return.
_____
_____
_____
_____

☐ 6. Merchandise shipped to me arrived damaged and/or defective.
I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Please provide proof of return and describe how the merchandise was damaged and/or defective.
_____
_____

☐ 7. Although I did engage in the above transaction, I dispute the entire charge or a portion in the amount of $_____. I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit adjustment. I am disputing this charge because
_____
Please supply proof of return or if unable to return merchandise please explain.
_____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the preauthorized order or reservation. Please note cancellation # and if available, enclose a copy of your telephone bill showing date and time of cancellation. Reason for cancellation. _____
_____

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received. Please describe the services to be received and explain the merchants failure to provide the services.
_____

☐ 10. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. If the merchant has agreed to issue a credit, be advised the merchant has up to 30 days to supply this credit to your account.
☐ 11. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.
☐ 12. Other: Please explain _____
_____

Merchants often provide telephone numbers with their names on your billing statement. If you do not recognize a transaction, attempt first to contact the merchant for transaction information.

Cardholder Signature (required): _____    Date: _____
Home Telephone. (___)_____    Business Telephone: (___)_____

PLEASE KEEP A COPY OF BOTH SIDES OF THIS STATEMENT FOR YOUR RECORDS

**PAYMENTS**
We credit a payment as of the date we receive it if the payment is 1) received by 5:00 p.m. (Eastern Time) Monday through Friday (except legal holidays), 2) received at the payment address indicated on the front of this statement 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the return envelope with only the bottom portion of your statement accompanying it. Payments received after 5:00 p.m. (Eastern Time) Friday, but that otherwise meet the above requirements, will be processed on the next business day, which is usually the following Monday. Saturdays, Sundays, and holidays are not business days. Credit for payments received in any other manner may be delayed up to five business days, during which time finance charges, if applicable will continue to accrue. We will reject any payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Please do not send cash, credit cards, correspondence, staples or paper clips with your payment. Mail your payment at least 7 days in advance of the payment due date to ensure timely delivery.

**CUSTOMER CORRESPONDENCE**
If you prefer to send a written inquiry regarding your account, please send the request to BANK OF AMERICA, PO BOX 660441, DALLAS, TX, 75266-0441, USA. This address should not be utilized to dispute merchant transactions appearing on your billing statement. Please see the paragraph above for instructions regarding dispute procedures.

For address/phone number changes on all accounts in your program, have the authorized contact make a request at WWW.BANKOFAMERICA.COM

A8

© 2023 Bank of America Corporation

# STATEMENT OF ACCOUNTS

**DATE:** 01/06/2025

**CASE NUMBER:** 24-11814

**CREDITOR:** Bank of America, N.A. as successor by
merger to FIA Card Services, N.A.
P O Box 673033
Dallas, TX 75267-3033

**ACCOUNT:** XXXXXXXXXXXX2075

**BALANCE:** 12,434.37

| | |
|---|---|
| PRINCIPAL OWED: | 12,434.37 |
| INTEREST: | 0.00 |
| FEES: | 0.00 |
| EXPENSES: | 0.00 |
| OTHER CHARGES: | 0.00 |
| | 12,434.37 |

**DOCUMENT ID:** 1576395

 ** NOTE: The debt referenced in this Proof of Claim is based on a Business Lending relationship, not an open-end or revolving Consumer Credit relationship, and the requirements of Bankruptcy Rule 3001(c)(3) therefore do not apply to the Proof of Claim.



Bank of America
PO Box 982284
El Paso, TX  79998-2238

2397123128

20250106-313

Douglas Alan Wain
PO 7473
WESTLAKE, CA 91359



COS_U

Douglas A. Wain and Elisa Wain
P.O. Box 7473
Westlake Village, CA 91359
Phone: 859.494.3677
douglaswain@gmail.com

FOR COURT USE ONLY

☐ Attorney for Movant
☒ Movant appearing without an attorney

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - San Fernando Valley DIVISION**

In re:

Douglas A. Wain and Elisa Wain

Debtors in Chapter 13 Bankruptcy

Case No. 1:24-bk-11814-MB

Filed on October 30, 2024

United States Bankruptcy Court for the Central District of California.

Debtor(s)

CASE NO.: 1:24-bk-11814-MB

CHAPTER: 13

**SUPPLEMENTAL NOTICE RE:**
**AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO**
**FOR REMOTE APPEARANCE**

HEARING DATE: May 1, 2025
HEARING TIME: 11:30 am
HEARING LOCATION: United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Courtroom 303
Woodland Hills, CA 91367

**Movant:** Douglas A. Wain and Elisa Wain

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time and at the location indicated above, before the Honorable Judge Martin R. Barash, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

**NOTICE OF OBJECTION TO CLAIM**

2. In addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear using ZoomGov is provided on the following page of this notice.

3. Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

4. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. **Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.**

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. **All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.**

9. Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

Meeting URL:      https://cacb.zoomgov.com/j/1600174038

Meeting ID:       160 017 4038

Password:         321109

Telephone:        1 (669) 254 5252 or 1 (646) 828 7666

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 2/28/2025                    Douglas A. Wrin + Elisa Wrin
                                   Printed name of law firm (if applicable)

                                   _____
                                   Printed name of individual Movant or attorney for Movant

**NOTE: Unless otherwise ordered by Judge Barash: (i) this form should not be used for any trial or evidentiary hearing and (ii) no party or witness may appear remotely for any trial or evidentiary hearing.**