

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>DOUGLAS ALAN WAIN and ELISA WAIN,<br><br>Debtor(s), | **BK No.:   1:24-bk-11814-MB**<br><br>**Chapter:  13** |

| |
|---|
| **NOTICE OF RESCHEDULED STATUS CONFERENCE RE: MOTION RE OBJECTION TO CLAIM NUMBER 1 BY CLAIMANT CENTRAL BANKD & TRUST CO.**<br><br>ORIGINAL DATE AND TIME<br><br>Date:   June 4, 2026<br><br>Time:   11:30 AM<br><br>Place:   Courtroom 303 and by ZoomGov |
| **NEW DATE AND TIME**<br><br>Date     **JULY 2, 2026**<br>Time:   **11:30 AM**<br>Place:   **COURTROOM 303 and by ZoomGov (See attached)** |

TO: SEE ATTACHED

PLEASE TAKE NOTICE THAT ON THE COURT'S OWN MOTION, the above hearing, previously scheduled to be heard on June 4, 2026 at 11:30 AM has been changed to **JULY 2, 2026 at 11:30 AM** before the Honorable Martin R. Barash of the United States Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Blvd., Woodland Hills, CA 91367.

Dated: June 3, 2026                                  */s/ Julie Cetulio*
                                                              Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE attached hereto was served either by Notice of Electronic Filing ("NEF") or by U.S. Mail, as indicated below, to the following parties on June 3, 2026

## Electronic Mail Notice List

### SERVED VIA ELECTRONIC MAIL (e-Mail):

- **William E Ireland**    wireland@hbblaw.com, edocs@hbblaw.com
- **Elizabeth (SV) F Rojas (TR)**    cacb_ecf_sv@ch13wla.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

### SERVED VIA U.S. MAIL:

Douglas Alan Wain
Elisa Wain
POB 7473
Westlake CA 91359

*/s/ Julie Cetulio*
Deputy Clerk

**All hearings on this calendar will be conducted in Courtroom 303 at 21041 Burbank Boulevard, Woodland Hills, California, 91367. All parties in interest, members of the public and the press may attend the hearings on this calendar in person.**

**Additionally, (except with respect to evidentiary hearings, or as otherwise ordered by the Court) parties in interest (and their counsel) may connect by ZoomGov audio and video free of charge, using the connection information provided below. Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited.**

Parties in interest may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). Members of the public, the press and parties in interest may participate by audio only using a telephone (standard telephone charges may apply).

Neither a Zoom nor a ZoomGov account is necessary to participate remotely and there are no fees for doing so. No pre-registration or prior approval is required.
The audio portion of each hearing will be recorded electronically by the Court and that recording will constitute its official record. Recording, retransmitting, photographing or imaging Court proceedings by any means is strictly prohibited.

**Video/audio web address:**         **https://cacb.zoomgov.com/j/1607498176**

**ZoomGov meeting number:**     **160 749 8176**

**Password:**                                **943502**

**Telephone conference lines:**     **1 (669) 254 5252 or 1 (646) 828 7666**

For more information on appearing before Judge Barash by ZoomGov, please see the information entitled "Tips for a Successful ZoomGov Court Experience" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-martin-r-barash under the tab "Telephonic Instructions."