William E. Ireland (Bar No. 115600)
  *wireland@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Creditor
Central Bank & Trust Co.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Douglas Wain<br>Elisa Wain,<br><br>      Debtors.<br><hr>DOUGLAS A. WAIN, and ELISA WAIN,<br>'<br><br>      Plaintiff,<br><br>   v.<br><br>CENTRAL BANK & TRUST, CO., ,<br><br>      Defendant. | Case No. 1:24-bk-11814-MB<br><br>ADV. NO. 1:25-ap-01026-MB<br><br>**CENTRAL BANK'S EX PARTE APPLICATION REQUEST TO CONTINUE JULY 2, 2026 HEARINGS; DECLARATION OF WILLIAM IRELAND**<br><br>Hearing Date: July 2 2026<br><br>Time: 11:30 AM<br><br>Before the Honorable Martin Barash |

### TO THE COURT AND THE DEBTORS/PLAINTIFFS:

CENTRAL BANK & TRUST CO. ("Central Bank") herewith submits this Ex Parte Application to Continue the hearings in the Wain's matters from their currently set date and time of July 2, 2026 at 11:30 am.  The basis for the request is that the hearings were continued by the Court on its own motion from June 6, 2026

to July 2, 2026 and Central Bank's attorney, William Ireland is unavailable on the continued hearing date.

The matters set for July 2, 2026 that Central Bank asks be continued are the Status Conference Re: Motion re Objection in BK No. 1:24-bk-11814-MB(See Doc 68), and the Wain Motion for Summary Judgment and Status Conference re: Complaint in ADV No.: 25-01026-MB (See Doc 35).

Central Bank requested that the Wains agree to the continuance and were told by email that the Wains opposed the request.

Central Bank would request that the hearings be continued to July 14, 15, 17, or July 21-24 or some other date of the Court's convenience.

Central Bank is informed that the Court's next scheduled Chapter 13 date is September 3, 2026, which is available for its counsel. But the Court has scheduled other dates in these matters that could be impacted by a continuance to that date. Alternatively, Central Bank would suggest that the Court could consider severing some matters to an earlier date than September 3, 2026, such as the Wain's Motion for Summary Judgment, and the Status Conference on the Adversary Complaint.

DATED: June 11, 2026                HAIGHT BROWN & BONESTEEL LLP

By:    /s/ William E. Ireland
       William E. Ireland
       Attorneys for Creditor
       Central Bank & Trust Co.

DECLARATION OF WILLIAM IRELAND IN SUPPORT OF EX PARTE APPLICATION

I, William Ireland, declare that:

I am an attorney of law duly licensed to practice before the state and federal courts in the State of California and am an attorney at Haight, Brown & Bonesteel.

2.     I have served as counsel for Central Bank & Trust Co. ("Central Bank") in litigation related to Douglas A. Wain and Elisa Wain (the "Wains"), including their Chapter 13 Bankruptcy, filed on October 30, 2024, in the Central District of California and assigned Case No. 1:24-BK-l1814-MB.

3.     Multiple hearings were set for June 6, 2026 in this matter.  Before that hearing date, the Court continued all matters set for that date to July 2, 2026.  See ADV No.: 25-01026-MB, Doc. 35, and Case No.: 1;24-bk-11814-MB, Doc. 68.

4.     I will be unavailable and out of the country on the new hearing date of July 2, 2026.

5.     I informed the Wains of my unavailability and asked them to agree to a continuance to accommodate me by email on June 3, 2026.

6.     The Wains told me that they were not willing to agree to continuing the hearing on June 5, 2026.

7.     I have attached as Exhibit "A" the email exchange between the parties regarding a possible continuance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed on June 11, 2026 in Los Angeles, California.

/s/ William E. Ireland
William E. Ireland

Haight

CB29-0000001
4925-9200-0180.1

4    CENTRAL BANK'S EX PARTE APPLICATION;
DECLARATION OF IRELAND