William E. Ireland (Bar No. 115600)
  *wireland@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Creditor
Central Bank & Trust Co.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In Re: | Case No. 1:24-bk-11814-MB |
|---|---|
| Douglas Wain Elisa Wain, | ADV. NO. 1:25-ap-01026-MB |
| Debtors. | **[PROPOSED] ORDER RE: CENTRAL BANK'S EX PARTE APPLICATION AND DECLARATION OF WILLIAM IRELAND** |

TO ALL INTERESTED PARTIES:

This Application requesting a continuance of the matters set for July 2, 2026(See BK. No.: 1-24-bk-11814-MB, Doc. 68) came before the Court on an ex parte basis at United States Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367. Ex Parte applications are considered on papers only; no appearances by counsel.

The Court having reviewed the papers filed by the Parties, hereby grants the EX PARTE APPLICATION, and continues the Status Conference Re Objection to

Claim No. 1to _____, 2026, at _____ in Courtroom 303 and via ZoomGov.

DATED:  June ___, 2026

By: _____

The Honorable Martin Barash, U.S. Bankruptcy Judge for the Central District of California