# Exhibit A

**From:** douglaswain@gmail.com
**To:** Ireland, William
**Subject:** RE: July 2, 2026 Hearing — Objection to Further Continuance
**Date:** Friday, June 5, 2026 1:01:58 PM
**Attachments:** image001.png

Mr. Ireland:

We do object to continuing the hearing beyond July 2, 2026. These matters have already been pending and continued at length, and we are prepared to proceed on the date the Court has set.

Douglas Wain 6/5/2026 1:00 PM PT
Elisa Wain
Plaintiffs, Pro Se
P.O. Box 7473
Westlake Village, CA 91359
douglaswain@gmail.com

**From:** Ireland, William <wireland@hbblaw.com>
**Sent:** Wednesday, June 3, 2026 4:45 PM
**To:** douglaswain@gmail.com
**Subject:** Re: Filed 5.21.2026 - Wains_Response_to_Trustee_Objection_5-21-2026

Mr. Wain:  According to the Court calendar on line, the hearing on the various matters related to your bankruptcy has been continued by the court to July 2, 2026. It appears that no appearance is necessary on June 6, 2026.

I am unavailable on July 2, 2026.  Do you have any objection to the hearing being continued to a date of July 14, 15, 21, 22, 23, or 24.  Or some other date after that time if it would be more convenient for you.

Thank you.

Sent from my iPad

William Ireland | Profile
Of Counsel
D: 213.542.8035
wireland@hbblaw.com



Haight Brown & Bonesteel LLP
555 South Flower Street
Forty-Fifth Floor

Los Angeles, CA 90071
O: 213-542-8000
F: 213-542-8100
www.hbblaw.com

The contents of this email message and its attachments are intended solely for the addressee(s) hereof. This email transmission may be confidential and it may be subject to privilege protecting communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail. We request that you immediately delete this message and its attachments, if any. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C 2510-2522).

On May 26, 2026, at 06:49, douglaswain@gmail.com wrote:

Your message is ready to be sent with the following file or link attachments:

Wains_Response_to_Trustee_Objection_5-21-2026

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

--

This email has been checked for viruses by Avast antivirus software.
www.avast.com
<Wains_Response_to_Trustee_Objection_5-21-2026.pdf>

 Virus-free.www.avast.com