William E. Ireland (Bar No. 115600)
  *wireland@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Creditor
Central Bank & Trust Co.



**FILED & ENTERED**

**JUN 30 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Douglas Wain<br>Elisa Wain,<br><br>      Debtors. | Case No. 1:24-bk-11814-MB<br><br>ADV. NO. 1:25-ap-01026-MB<br><br>**ORDER RE: CENTRAL BANK'S EX PARTE APPLICATION AND DECLARATION OF WILLIAM IRELAND** |
| --- | --- |

TO ALL INTERESTED PARTIES:

This Application requesting a continuance of the matters set for July 2, 2026(See BK. No.: 1-24-bk-11814-MB, Doc. 68) came before the Court on an ex parte basis at United States Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367. Ex Parte applications are considered on papers only; no appearances by counsel.

CB29-0000001
4938-8646-8276.1

1

[PROPOSED] ORDER RE: CENTRAL BANK'S
EX PARTE APPLICATION AND
DECLARATION OF WILLIAM IRELAND

The Court having reviewed the papers filed by the Parties, hereby grants the EX PARTE APPLICATION, and continues the Status Conference Re Objection to Claim No. 1 ***and the hearing on the confirmation of the Debtors' chapter 13 plan*** to September 3, 2026, at 9:30 a.m. in Courtroom 303 and via ZoomGov.

###

Haight

Date: June 30, 2026

Martin R Barash
United States Bankruptcy Judge

CB29-0000001
4938-8646-8276.1

2

[PROPOSED] ORDER RE: CENTRAL BANK'S
EX PARTE APPLICATION AND
DECLARATION OF WILLIAM IRELAND