Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd.
Suite 830
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br><br>Douglas Alan Wain<br>Elisa Wain<br><br>DEBTORS | CASE NO. 1:24-bk-11814-MB<br><br>CHAPTER 13<br><br>**CHAPTER 13 TRUSTEE NOTICE OF CONTINUED CONFIRMATION HEARING**<br><br>DATE: October 22, 2026<br>TIME: 9:30 am<br>PLACE: Via ZoomGov |

**PLEASE TAKE NOTICE THAT AT THE DATE AND TIME LISTED ABOVE THE FOLLOWING WILL BE HELD:**

**CONTINUED CONFIRMATION HEARING**

**The Continued Confirmation to be held via Video Conference. Please refer to the Court Website for ZoomGov information.**

DATED: August 18, 2026

Elizabeth F. Rojas
Elizabeth F. Rojas
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re: Douglas Alan Wain<br>Elisa Wain<br>Debtor(s) | Chapter 13<br>Case Number: 1:24-bk-11814-MB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15260 Ventura Blvd., Suite 830, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled: CHAPTER 13 TRUSTEE NOTICE OF CONTINUED CONFIRMATION HEARING will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orde and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/18/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons ar on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

UNITED STATES TRUSTEE (SV): USTPREGION16.SV.ECF@USDOJ.GOV

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **8/18/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DOUGLAS ALAN WAIN, ELISA WAIN, PO 7473, WESTLAKE, CA 91359

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **8/18/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

HONORABLE JUDGE MARTIN R. BARASH - VIA OVERNIGHT MAIL

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/18/2026 | Gisele Dorsey | /s/ Gisele Dorsey |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |