**Elizabeth F. Rojas, Chapter 13 Trustee**
**15260 Ventura Blvd., Suite 830**
**Sherman Oaks, CA 91403**
**(818) 933-5700**
**www.ch13wla.com**

**STATUS REPORT FOR CASE # 1:24-bk-11814-MB AS OF 8/31/2026**

**Douglas Alan Wain**
**Elisa Wain**
**PO 7473**
**Westlake, CA 91359**

CURRENT CASE DISPOSITION:
ACTIVE

| | |
|---|---|
| FILING DATE: | 10/30/2024 |
| 1ST MEETING DATE: | 12/18/2024 |
| CONFIRMATION DATE: | N/A |
| TERM OF PLAN: | 0 MONTHS |
| PERCENT TO UNSECURED: | 0 % |
| MONTHLY PLAN PMT: | $0.00 |
| GROSS RECEIPTS: | $4,400.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $0.00 |
| FEES PAID TO ATTY: | $0.00 |
| FEES PAID TO TRUSTEE: | $440.00 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $3,960.00 |

| LAST 12 RECEIPTS | |
|---|---|
| 08/20/2026 | $200.00 |
| 07/16/2026 | $200.00 |
| 06/18/2026 | $200.00 |
| 05/21/2026 | $200.00 |
| 04/16/2026 | $200.00 |
| 03/19/2026 | $200.00 |
| 02/11/2026 | $200.00 |
| 01/15/2026 | $200.00 |
| 12/18/2025 | $200.00 |
| 12/01/2025 | $200.00 |
| 10/17/2025 | $200.00 |
| 09/22/2025 | $200.00 |

| TRUSTEE CLAIM # | CREDITOR NAME / ACCOUNT # | CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | IN PRO PER | PRIOR ATTORNEY | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ATTY | KEVIN T. SIMON | PRIOR ATTORNEY | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ATTY | IN PRO PER | ATTORNEY FEE | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | CENTRAL BANK & TRUST CO.<br>ACCT# 1792 | UNSECURED | | $357,944.91 | $357,990.91 | $0.00 | $0.00 | $0.00 |
| 0002 | BANK OF AMERICA, N.A.<br>ACCT# 2078 | UNSECURED | | $0.00 | $12,434.37 | $0.00 | $0.00 | $0.00 |

**TOTAL PRINCIPAL BALANCE OWED: $0.00**

**Duplicate Claims:** You may believe that certain claims are listed twice, nevertheless, the Trustee is required to pay all claims until the Court directs otherwise. A letter to the Trustee will not stop payment on any claim, the debtors must instead secure an order from the Court. Please contact your attorney for assistance.
**Online Access:** The Trustee offers online access to your case in which you can view status reports, payment history, and much more. Please visit our website at www.ch13wla.com to sign up for an account.
**AutoPay:** The Trustee now offers an easy and convenient way to have your plan payments automatically debited from your checking account. Please visit our website at www.ch13wla.com for more information.