# DECLARATION OF BECKY SLOCE-MULLINS

*** *** *** *** ***

Comes the Declarant, Declarant, upon information and belief, and after having been duly sworn, states as follows:

1. She is a Senior Vice President of Central Bank & Trust Co. ("Central Bank").

2. She has personal knowledge as to all of the facts contained herein.

3. She is custodian of Central Bank's records as to the transactions that are the subject matter of this action, the Chapter 13 bankruptcy proceeding filed by Douglas A. Wain and Elisa Wain (the "Wains") on October 30, 2024, in the Central District of California and assigned the Case No. 1:24-BK-11814-MB, and the 2019 foreclosure action against the Wains to collect the mortgage indebtedness owed to Central Bank in the then-due amount of $358,412.712.

4. She is familiar with any and all payments that have been made on the subject account.

5. The foreclosure action against the Wains was filed in Fayette Circuit Court and styled as *Central Bank & Trust Co. v. Douglas A. Wain and Elisa Wain*, Case No. 19-812 ("Fayette Circuit Action"). A copy of the complaint filed in the Fayette Circuit Action is attached as Exhibit A.

6. On January 20, 2021, Fayette Circuit Court entered partial summary judgment, judgment on the pleadings, and order of sale (the "Judgment"). A copy of the Judgment is attached as Exhibit B. The Judgment in favor of Central Bank awarded $358,412.72, plus interest at the variable rate provided in the parties' agreement (then $52.70 per diem) from March 6, 2019, until paid, plus costs expended and attorneys' fees.

7. Central Bank applied the distribution of sale proceeds it received from the Master Commissioner and garnishments it obtained from the Wains against the amount due under the Judgment.

8. As of December 19, 2024, the amount due under the Judgment was $357,990.91 plus additional interest, costs, and fees. See calculations attached as Exhibit C.

Dated this ______________________________.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed on September 15, 2026.

Becky Sloce-Mullins, SVP
Becky Sloce-Mullins

*4928-6608-7113.1*