DOUGLAS A. WAIN
ELISA WAIN
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Debtors in Pro Per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re**<br><br>**Douglas Alan Wain, Elisa Wain,**<br><br>**Debtors.** | **Case No. 1:24-bk-11814-MB**<br><br>**Chapter 13**<br><br>**PROOF OF SERVICE**<br><br>**Hon. Martin R. Barash**<br><br>**Hearing on Doc. 38:**<br>**September 24, 2026, 2:30 p.m.**<br>**Courtroom 303**<br>**21041 Burbank Blvd.**<br>**Woodland Hills, CA 91367** |

**PROOF OF SERVICE**

I am a debtor in this bankruptcy case and a party in interest; service by a party is permitted for the service described below, which is made by agreed electronic means and by United States Mail. My address is P.O. Box 7473, Westlake Village, CA 91359.

On September 22, 2026, I served true and correct copies of the following documents:

1. DEBTORS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF OBJECTION TO CLAIM NO. 1 (DOC. 38), ADDRESSING AMENDED CLAIM NO. 1-2 (FORMERLY DOC. 82); EVIDENTIARY OBJECTIONS TO DECLARATION OF BECKY SLOCE-MULLINS;

2. DECLARATION OF DOUGLAS A. WAIN IN SUPPORT OF DEBTORS' SUPPLEMENTAL MEMORANDUM ISO OBJECTION TO CLAIM NO. 1 (DOC. 38) RE AMENDED CLAIM NO. 1-2; INDEX OF EXHIBITS A–G; and

3. EXHIBITS A THROUGH G TO THE DECLARATION OF DOUGLAS A. WAIN (Exhibit A, Claims Register; Exhibit B, March 7, 2024 Distribution Order; Exhibit C, garnishment papers; Exhibit D, In re Hawkeye Entertainment, LLC; Exhibit E, Pearman v. West Point National Bank; Exhibit F, Harvest Homebuilders LLC v. Commonwealth Bank & Trust Co.; Exhibit G, Kentucky Joint Stock Land Bank of Lexington v. Farmers Exchange Bank of Millersburg)

on the following counsel of record for Central Bank & Trust Co.:

William E. Ireland, Esq.
Jennifer Soto
Haight Brown & Bonesteel LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, CA 90071
wireland@hbblaw.com; jsoto@hbblaw.com

Service was made BY EMAIL to the email addresses stated above, and BY UNITED STATES MAIL, first class, postage prepaid, in a sealed envelope addressed as stated above and deposited with the United States Postal Service at Bradenton, Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2026, at Bradenton, Florida.

Douglas A. Wain
Debtor, Pro Per