DOUGLAS A. WAIN
ELISA WAIN
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Debtors in Pro Per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re**<br><br>**DOUGLAS ALAN WAIN and ELISA WAIN,**<br><br>**Debtors.** | **Case No. 1:24-bk-11814-MB**<br><br>**Chapter 13**<br><br>**NOTICE OF LODGMENT OF [PROPOSED] ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 2 OF BANK OF AMERICA, N.A. (DOC. 35)**<br><br>**Hon. Martin R. Barash**<br><br>**Hearing on Doc. 35 held:**<br>**May 1, 2025, 11:30 a.m.**<br>**Courtroom 303**<br>**21041 Burbank Blvd.**<br>**Woodland Hills, CA 91367** |

**NOTICE OF LODGMENT OF [PROPOSED] ORDER**

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE; TO BANK OF AMERICA, N.A.; TO THE CHAPTER 13 TRUSTEE; TO THE UNITED STATES TRUSTEE; AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Debtors Douglas Alan Wain and Elisa Wain have lodged with the Court the attached [Proposed] Order Sustaining Debtors' Objection to Claim No. 2 of Bank of America, N.A. (Form F 3007-1.1.ORDER.OBJ.CLAIM).

1. Debtors filed their Objection to Claim No. 2 of Bank of America, N.A. on February 28, 2025 (Doc. 35). The Objection was heard on May 1, 2025 at 11:30 a.m. The Court granted the Objection at the hearing. (Doc. 42, "Hearing Held 5/1/25 – RULING: motion granted.")

2. No order memorializing the Court's ruling has been entered. Under LBR 9021-1(b)(1), the prevailing party is to lodge a proposed order.

3. Pursuant to LBR 9021-1(b)(1)(B), any party who objects to the form of the proposed order must file and serve an objection within seven (7) days of service of this Notice. If no timely objection is filed, the proposed order may be entered without further notice or hearing.

4. A copy of the proposed order is attached hereto.

DATED: September 27, 2026

Douglas A. Wain
Debtor, Pro Per

Elisa Wain
Debtor, Pro Per

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Douglas A. Wain and Elisa Wain<br>P.O. Box 7473<br>Westlake Village, CA 91359<br>Phone: 859.494.3677<br>douglaswain@gmail.com<br><br>☒ *Debtor(s) appearing without attorney*<br>☐ *Attorney for*: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -***San Fernando Valley* **Division**

| In re: | CASE NO.: 1:24-bk-11814-MB<br>CHAPTER: 13 |
|---|---|
| Douglas A. Wain and Elisa Wain<br>Debtors in Chapter 13 Bankruptcy<br>Case No. 1:24-bk-11814-MB<br>Filed on October 30, 2024<br>United States Bankruptcy Court for the Central District of California.<br><br>Debtor(s). | **ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE: May 1, 2025<br>TIME: 11:30 a.m.<br>COURTROOM: 303<br>PLACE: United States Bankruptcy Court<br>21041 Burbank Boulevard, Woodland Hills, CA 91367 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(**NOTES FOR USE OF THIS FORM**: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

Calendar Number: Claim Number: 2 Claim Amount: $12,434.37

Claimant Name: **Bank of America, N.A., P.O. Box 673033, Dallas, Texas 75267-3033 (Claim No. 2, filed January 6, 2025)**

☒ Disallowed ☐ Allowed ☐ Unsecured: $ ☐ Priority: $

Comments: Debtors' Objection to Claim No. 2 (Doc. 35) heard May 1, 2025; objection sustained; Claim No. 2 disallowed in its entirety. See Doc. 42.

###

DOUGLAS A. WAIN
ELISA WAIN
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Debtors in Pro Per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re**<br><br>**DOUGLAS ALAN WAIN and ELISA WAIN,**<br><br>**Debtors.** | **Case No. 1:24-bk-11814-MB**<br><br>**Chapter 13**<br><br>**PROOF OF SERVICE**<br><br>**Hon. Martin R. Barash**<br><br>**Hearing on Doc. 35 held:**<br>**May 1, 2025, 11:30 a.m.**<br>**Courtroom 303**<br>**21041 Burbank Blvd.**<br>**Woodland Hills, CA 91367** |

**PROOF OF SERVICE**

I am over the age of 18 and a debtor in this bankruptcy case. My mailing address is P.O. Box 7473, Westlake Village, CA 91359. Service by a party in interest is permitted for the service described below.

On September 28, 2026, I served true and correct copies of the following documents:

1. NOTICE OF LODGMENT OF [PROPOSED] ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 2 OF BANK OF AMERICA, N.A. (DOC. 35); and

2. [PROPOSED] ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 2 OF BANK OF AMERICA, N.A. (DOC. 35)

on the following parties in the manner stated:

1. BY UNITED STATES MAIL, first class, postage prepaid, in a sealed envelope deposited with the United States Postal Service at Bradenton, Florida addressed as follows (the address designated on Claim No. 2 and on the Notice of Objection to Claim, Doc. 35):

Bank of America, N.A.
Attn: Elliot Myers, A.V.P. / Jeffrey Randall
P.O. Box 673033
Dallas, TX 75267-3033
(courtesy copy also sent by email to card_bankruptcy_poc@bofa.com)

2. BY NOTICE OF ELECTRONIC FILING (NEF). The following are registered CM/ECF users in this case and will be served by the Court's NEF upon docketing, pursuant to LBR 9036-1. A courtesy copy was also sent by email to the addresses stated:

Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd., Suite 830, Sherman Oaks, CA 91403
lrojas@ch13wla.com

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017
ustpregion16.wh.ecf@usdoj.gov

William E. Ireland, Esq. and Jennifer Soto, Esq., Haight Brown & Bonesteel LLP (counsel for Central Bank & Trust Co.)
555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071
wireland@hbblaw.com; jsoto@hbblaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2026, at Bradenton, Florida

Douglas A. Wain
Debtor, Pro Per