DOUGLAS A. WAIN
ELISA WAIN
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Debtors in Pro Per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re**<br><br>**DOUGLAS ALAN WAIN and ELISA WAIN,**<br><br>**Debtors.** | **Case No. 1:24-bk-11814-MB**<br><br>**Chapter 13**<br><br>**DEBTORS' APPLICATION TO CONTINUE THE CONTINUED CONFIRMATION HEARING FROM OCTOBER 22, 2026 TO NOVEMBER 19, 2026; DECLARATION OF DOUGLAS A. WAIN**<br><br>**Hon. Martin R. Barash**<br><br>**Current hearing:**<br>**October 22, 2026, 9:30 a.m.**<br>**Requested hearing:**<br>**November 19, 2026, 2:30 p.m.**<br>**Courtroom 303, 21041 Burbank Blvd.**<br>**Woodland Hills, CA 91367 / Via ZoomGov** |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 13 TRUSTEE, AND ALL PARTIES IN INTEREST:**

Debtors Douglas A. Wain and Elisa Wain, appearing pro per, apply under Local Bankruptcy Rule 9013-1(m)(1) for an order continuing the continued hearing on confirmation of their Chapter 13 Plan (Doc. 15), now set for October 22, 2026, at 9:30 a.m. (Doc. 80), to November 19, 2026, at 2:30 p.m., or to such other date as is convenient for the Court. Good cause exists for the following reasons, which are supported by the declaration of Douglas A. Wain below.

**GOOD CAUSE**

1. Debtors will be unavailable on October 22, 2026. Debtors appear without counsel and will be outside the United States from October 17, 2026 through November 3, 2026, and cannot appear by ZoomGov on October 22 because they will not have consistent or reliable internet access. Because Debtors represent themselves, no one else can appear for them.

2. A November 19 hearing allows the Court to take up related matters together. On September 30, 2026 the Clerk continued Debtors' Objection to Claim No. 1 (Doc. 38), the pending motions in Adversary No. 1:25-ap-01026-MB, and the adversary status conference to November 19, 2026 at 2:30 p.m. Claim No. 1 of Central Bank & Trust Co. ($357,990.91) is by far the largest claim in this case, and its treatment bears directly on confirmation; the only other filed claim, Claim No. 2 of Bank of America, N.A. ($12,434.37), is the subject of a proposed order lodged September 27, 2026 (Doc. 90). (See Doc. 81.) On October 6, 2026, Debtors filed their Objection to Payment of Claim No. 1 Under the Chapter 13 Plan. Hearing confirmation on the same day as the Objection to Claim No. 1 will let the Court consider them together.

3. No party will be prejudiced. Debtors are current on their pre-confirmation payments of $200.00 per month to the Chapter 13 Trustee and will continue them. As of August 31, 2026 the

Trustee held $3,960.00 and had made no distributions to creditors. (Doc. 81.) A four-week continuance changes nothing for any creditor.

**RELIEF REQUESTED**

Debtors respectfully request that the Court continue the continued confirmation hearing from October 22, 2026, at 9:30 a.m. to November 19, 2026, at 2:30 p.m., or to such other date as the Court finds convenient. A proposed order is lodged concurrently with this Application.

DATED: October 6, 2026

Douglas A. Wain
Debtor, Pro Per

Elisa Wain
Debtor, Pro Per

**DECLARATION OF DOUGLAS A. WAIN**

I, Douglas A. Wain, declare as follows:

1. I am a Debtor in this case, appearing pro per with my wife, Elisa Wain. I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them.

2. My wife and I will be outside the United States from October 17, 2026 through November 3, 2026. We will not be able to appear by ZoomGov on October 22, 2026 at 9:30 a.m. Pacific Time because we will not have consistent or reliable internet access.

3. We are current on our pre-confirmation payments to the Chapter 13 Trustee of $200.00 per month and will continue to make them while confirmation is pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2026, at Bradenton, Florida.

Douglas A. Wain
Debtor, Pro Per

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and a Debtor in this bankruptcy case, appearing pro per. Service by a party is permitted under F.R.Civ.P. 5(b), made applicable by F.R.Bankr.P. 7005 and 9014. My business address is: P.O. Box 7473, Westlake Village, CA 91359

A true and correct copy of the foregoing document entitled (specify): Debtors' Application to Continue the Continued Confirmation Hearing from October 22, 2026 to November 19, 2026; Declaration of Douglas A. Wain; and [Proposed] Order Continuing the Continued Confirmation Hearing (lodged)

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) N/A — Debtors are not registered CM/ECF Users; this document was filed via the court's E-Dropbox (eDB) electronic filing system, and any NEF service is generated by the clerk upon entry. Service by Debtors on parties is set forth in Section 3 below.

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On (date) N/A — no service by United States mail was made.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) October 6, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Method of service for all parties listed below: EMAIL**

**COUNSEL FOR CREDITOR CENTRAL BANK & TRUST CO.:**
William E. Ireland, Esq.
Haight Brown & Bonesteel LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 542-8000
Email: wireland@hbblaw.com

**CHAPTER 13 TRUSTEE:**
Elizabeth F. Rojas
S. Renee Sawyer Blume
Office of the Chapter 13 Trustee
15260 Ventura Blvd., Suite 830
Sherman Oaks, CA 91403
Email: lrojas@ch13wla.com
Email: rblume@ch13wla.com

**UNITED STATES TRUSTEE:**
Office of the United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017
Email: USTP.Region16@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 6, 2026 | Douglas A. Wain | [signature] |
| *Date* | *Printed Name* | *Signature* |