FILED & ENTERED

OCT 14 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

DOUGLAS ALAN WAIN and ELISA WAIN,

Debtors.

Case No.: 1:24-bk-11814-MB

Chapter 13

**ORDER GRANTING DEBTORS' APPLICATION TO CONTINUE CONFIRMATION HEARING [CASE DKT. 104]**

Old Confirmation Hearing
Date: October 22, 2026
Time: 9:30 a.m.

Continued Confirmation Hearing
Date: **December 3, 2026**
Time: **9:30 a.m.**

On October 6, 2026, chapter 13 debtors Douglas Alan Wain and Elisa Wain (the "Debtors") filed their *Application to Continue the October 22, 2026, Confirmation Hearing* (the "Application") because the Debtors will be outside the United States on October 22, 2026. Case Dkt. 104. Having considered the Application, and having noted the absence of any opposition to the Application, **IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED.**
2. The confirmation hearing is continued from October 22, 2026, at 9:30 a.m. to **December 3, 2026, at 9:30 a.m.**

###

Date: October 14, 2026

Martin R Barash
United States Bankruptcy Judge