United States Bankruptcy Court

Central District of California

In re:
Douglas Alan Wain
Elisa Wain
Debtors

Case No. 24-11814-MB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-1 User: admin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: pdf042 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Elisa Wain, POB 7473, Westlake, CA 91359-7473 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: douglaswain@gmail.com | Oct 29 2026 08:37:00 | Douglas Alan Wain, POB 7473, Westlake, CA 91359-7473 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth (SV) F Rojas (TR) | cacb_ecf_sv@ch13wla.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| William E Ireland | on behalf of Defendant Central Bank and Trust Co. wireland@hbblaw.com, edocs@hbblaw.com |

William E Ireland
on behalf of Creditor Central Bank & Trust Co. wireland@hbblaw.com edocs@hbblaw.com

TOTAL: 4

FILED & ENTERED

OCT 14 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

DOUGLAS ALAN WAIN and ELISA WAIN,

Debtors.

Case No.: 1:24-bk-11814-MB

Chapter 13

**ORDER GRANTING DEBTORS' APPLICATION TO CONTINUE CONFIRMATION HEARING [CASE DKT. 104]**

<u>Old Confirmation Hearing</u>
Date: October 22, 2026
Time: 9:30 a.m.

<u>Continued Confirmation Hearing</u>
Date: **December 3, 2026**
Time: **9:30 a.m.**

On October 6, 2026, chapter 13 debtors Douglas Alan Wain and Elisa Wain (the "Debtors") filed their *Application to Continue the October 22, 2026, Confirmation Hearing* (the "Application") because the Debtors will be outside the United States on October 22, 2026. Case Dkt. 104. Having considered the Application, and having noted the absence of any opposition to the Application, **IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED.**
2. The confirmation hearing is continued from October 22, 2026, at 9:30 a.m. to **December 3, 2026, at 9:30 a.m.**

###

Date: October 14, 2026

Martin R Barash
United States Bankruptcy Judge