FILED & ENTERED

NOV 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>DOUGLAS ALAN WAIN and ELISA WAIN,<br><br>Debtor(s). | CASE NO.: 1:24-bk-11814-MB<br>CHAPTER: 13<br><br>**ORDER ON OBJECTION TO PROOF OF CLAIM #2**<br><br>DATE: May 1, 2025<br>TIME: 11:30 a.m.<br>COURTROOM: 303 |

The Debtors having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

Calendar Number: 40 Claim Number: **2** Claim Amount: **$12,434.37**

Claimant Name: **Bank of America, N.A.**

☒ Disallowed in its entirety. ☐ ~~Allowed~~ ☐ ~~Unsecured: $~~ ☐ ~~Priority: $~~

Comments:

###

Date: November 19, 2026

Martin R Barash
United States Bankruptcy Judge