DOUGLAS A. WAIN
ELISA WAIN
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Debtors in Pro Per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re**<br><br>**DOUGLAS ALAN WAIN and ELISA WAIN,**<br><br>**Debtors.** | **Case No. 1:24-bk-11814-MB**<br><br>**Chapter 13**<br><br>**PROOF OF SERVICE**<br><br>**Hon. Martin R. Barash**<br><br>**Continued Hearing:**<br>**January 28, 2027, 2:30 p.m.**<br>(continued from 6/5/25; 6/30/25; 9/29/25; 11/19/25; 1/29/26; 1/30/26; 3/5/26; 6/4/26; 7/2/26; 9/3/26; 9/24/26; 11/19/26)<br><br>**Courtroom 303, 21041 Burbank Blvd.**<br>**Woodland Hills, CA 91367 / Via ZoomGov** |

**PROOF OF SERVICE**

I am over the age of 18. My mailing address is P.O. Box 7473, Westlake Village, California 91359. On November 23, 2026, I served the following documents:

**DEBTORS' THIRD SUPPLEMENTAL BRIEF IN SUPPORT OF OBJECTION TO CLAIM NO. 1 (DOCS. 38, 105): WHY THE COURT SHOULD DISALLOW CLAIM NO. 1 NOTWITHSTANDING CBT'S $0.00 AMENDED CLAIM**

**and the concurrently lodged [PROPOSED] ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 1 (DOCS. 38, 105) AND DISALLOWING CLAIM NO. 1 OF CENTRAL BANK & TRUST CO. IN ITS ENTIRETY**

on the following persons by the methods indicated:

**1. Counsel for Creditor/Defendant Central Bank & Trust Co.**

William E. Ireland, Esq. (wireland@hbblaw.com)
Jennifer Soto (jsoto@hbblaw.com)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071

[X] By Email: I caused the document to be transmitted to the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] By U.S. Mail: I placed a true copy in a sealed envelope, first-class postage fully prepaid, addressed as above, and deposited it with the United States Postal Service at Bradenton, Florida.

**2. Chapter 13 Trustee**

Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd., Suite 830
Sherman Oaks, California 91403

[X] By U.S. Mail: I placed a true copy in a sealed envelope, first-class postage fully prepaid, addressed as above, and deposited it with the United States Postal Service at Bradenton, Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2026, at Bradenton, Florida.

Douglas A. Wain
Debtor, Pro Per